UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANIEL FUSELIER                                       CIVIL ACTION

VERSUS                                                NO:      08-3974

MARLON N. GUSMAN, ET AL.                              SECTION: "A" (4)

## ORDER

On December 11, 2008, the Plaintiff, Daniel Fuselier ("Fuselier"), filed a **Motion To Compel Discovery Responses and for Reasonable Attorneys Fees and Costs (R. Doc. 9)**. On January 7, 2008, the date of the hearing, counsel for both parties indicated that they had reached a consent agreement regarding the subject motion. They proceeded to read the agreement into the record. The agreement is summarized as follows:

1.  As to **Interrogatory No. 1,** the Defendants have agreed to produce further answers identifying the individuals who were witnesses to Mr. Fuselier's detention prior to his detention and beating.

2.  With respect to **Interrogatory No. 2,** the Defendants have agreed to list any and all evidence concerning the arrest, detention, beating, and death of Mr. Fuselier.

3.  With respect to **Request For Production No. 1,** the Defendants have agreed to provide all of the investigative material from the Orleans Parish Criminal Sheriff's Office regarding Oscar Fuselier, including but not limited to the fax from the Jefferson Parish Sheriff's Office ordering the Office to release Mr. Fuselier on a traffic hold.

4.  As to **Request For Production No. 2,** the Defendants have agreed to produce any all records pertaining to the Sheriff's Office policies and procedures regarding segregation of the prison population, including but not limited to the process through the intake and processing center (IPC); records, policies and procedures pertaining to screening, training, supervision, discipline, and monitoring of law-enforcement personnel and prison personnel assigned to IPC; and records, policies and procedures

    pertaining to reporting and follow-up of use-of-force incidents.

 5. As to **Request For Production No. 3,** counsel for Fuselier narrowed her request. Pursuant to counsel for both parties' agreement, the Defendants have agreed to produce any an all records of other acts of violence *at the IPC* in the five years preceding the beating of Oscar Fuselier and up to and including the present date.

Counsel for Fuselier also raised a question as to **Request For Production No. 1**, because the Defendants have agreed to produce all requested items, with the exception of "records pertaining to Richard Jackson's arrest and detention, records of Richard Jackson's criminal history, and intake and processing records pertaining to Richard Jackson and Oscar Fuselier." Counsel clarified that she wanted a copy of Richard Jackson's criminal record, as well as information regarding any additional records and/or Jackson's intake and processing records.

In considering the issue, the undersigned ordered counsel for the Defendants to submit the Orleans Parish Criminal Sheriff's Office investigative material pertaining to Richard Jackson to the Court for *in camera* review. The Court advised that it would first consider the material *in camera*, before making a final determination as to whether the records are, in fact, discoverable. Counsel for the Defendants complied with the Court's oral ruling and produced the documents on January 27, 2009 via hand delivery to the chambers of the undersigned.

Having thoroughly reviewed all of the materials submitted, the Court finds that the documents are not protected. Therefore, the Court orders counsel for the Defendants to produce such documents pertaining to Richard Jackson to counsel for Mr. Fuselier no later than eleven (11) days from the issuance of this Order.

Accordingly,

**IT IS ORDERED** that Daniel Fuselier, et al.'s **Motion To Compel Discovery Responses and for Reasonable Attorneys Fees and Costs (R. Doc. 9)** is hereby **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that the agreement reached by counsel for both parties with respect to the subject motion is hereby **ADOPTED and ENTERED INTO THE RECORD.**

**IT IS FURTHER ORDERED** that the Defendants to produce the requested documents pertaining to Richard Jackson **no later than eleven (11) days** from the issuance of this Order.

**IT IS FURTHER ORDERED** that the counsel for the Defendants shall retrieve the documents, which were submitted for *in camera* review, from the chambers of the undersigned at 500 Poydras Street, Room B-437, New Orleans, Louisiana **no later than thirty (30) days** from the issuance of this Order.

New Orleans, Louisiana, this <u>2nd</u> day of April 2009

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**